UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK CAIN,<br>Plaintiff,<br><br>v.<br><br>CITY OF DETROIT et al.,<br>Defendants. | Case No. 25-10797<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 14), DISMISSING PLAINTIFF'S COMPLAINT (ECF NO. 1), AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT (ECF NO. 10)**

Plaintiff Derrick Cain ("Cain"), proceeding pro se, initiated this civil action pursuant to 42 U.S.C. § 1983 against defendants City of Detroit ("City") and Code Officer Lucetia Noel ("Noel") (together "defendants") alleging violations of the Equal Protection clause, Fourth Amendment, due process, and gross negligence under Michigan state law. *See* ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1). ECF No. 7.

Defendants filed a motion to dismiss and Cain filed a response. ECF Nos. 10, 13. On August 31, 2026, the magistrate judge issued a Report and Recommendation ("R&R") recommending Cain's complaint be dismissed

pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii), and defendants' motion to dismiss be denied as moot. ECF No. 14.

The parties did not file objections to the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 14) and **DISMISSES** Cain's complaint (ECF No. 1) pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii). The Court **DENIES AS MOOT** defendants' motion to dismiss (ECF No. 10). This matter is now closed.

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: September 23, 2026